**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00156-CR**

_____

**JUSTIN TAJ BERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 305342**

**MEMORANDUM OPINION**

Justin Taj Berry has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. The motion to dismiss the appeal is signed by Appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on June 28, 2016
Opinion Delivered June 29, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2